# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3324

_____

Doris Williams, as Guardian of     *
Donald Williams,     *
    *
         Appellant,     *
    *    Appeal from the United States
     v.     *    District Court for the Eastern
    *    District of Arkansas.
State of Arkansas; Department of     *
Health and Human Services; Margo     *       [UNPUBLISHED]
Green, Director; John Does,     *
    *
         Appellees.     *

_____

Submitted:  May 3, 2001

Filed:  May 10, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
     Circuit Judges.

_____

PER CURIAM.

Doris Williams, as Guardian of Donald Williams, appeals the district court's dismissal of Williams's claim for damages under the Americans with Disabilities Act. We conclude Williams's claim is foreclosed by the Supreme Court's decision in Bd. of Trs. of the Univ. of Ala. v. Garrett, 121 S. Ct. 955 (2001), and our decision in Alsbrook v. City of Maumelle, 184 F.3d 999 (8th Cir. 1999) (en banc), cert. granted, 120 S. Ct.

1003, and dismissed, 120 S. Ct. 1265 (2000).  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.